UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-60185-CR-COHN/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAYMOND SCANZINI,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS

**THIS CAUSE** is before the Court upon the Report and Recommendation prepared by United States Magistrate Judge Lurana S. Snow [DE 27] regarding Defendant Raymond P. Scanzini's Motion to Suppress Statements, Admissions and/or Confessions [DE 22]. Neither party filed objections to the Report and Recommendation and the time to file objections has passed. Having conducted a *de novo* review of the entire court record pursuant to 28 U.S.C. § 636(b)(1)(c) and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

    1. The Report and Recommendation of Magistrate Judge Lurana S. Snow [DE 27] is hereby **ADOPTED**;

    2. Defendant Raymond P. Scanzini's Motion to Suppress Statements,

Admissions and/or Confessions [DE 22] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of October, 2006.

JAMES I. COHN
United States District Judge

Copies furnished to:
Daniel Rashbaum, AUSA
Jeffrey Voluck, Esq.